504

PER CURIAM.

(No. 74-CC-688—Claimant ▮▮▮▮▮▮▮)

NATIONAL COLLEGE OF EDUCATION, AN ILLINOIS NOT-FOR-PROFIT CORPORATION, Claimant, *vs.* STATE OF ILLINOIS,

SUPERINTENDENT OF PUBLIC INSTRUCTION, Respondent.

*Opinion filed June 26, 1974.*

PRICE, CUSHMAN, KECK, MAHIN & CATE, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-689—Claimant ▮▮▮▮▮▮▮)

BARNES HOSPITAL, Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed June 26, 1974.*

BARNES HOSPITAL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELD-MAN, Assistant Attorney General, for Respondent.

PER CURIAM.